JENNIFER T. SANCHEZ (191548)
R. HUDSON HOLLISTER (323133)
TYLER J. KIRSCH (332666)
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:   (415) 348-6000
Facsimile:    (415) 348-6001
Email:        jsanchez@gibsonrobb.com
              rhollister@gibsonrobb.com
              tkirsch@gibsonrobb.com

Attorneys for Plaintiff
REGENTS OF THE UNIVERSITY OF CALIFORNIA
and THE TRAVELERS INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and THE TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GETINGE USA SALES, LLC, TUTTNAUER U.S.A. CO. LTD., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 4:22-cv-02945-HSG<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs state that The Travelers Indemnity Company is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

Respectfully submitted,

Dated: June 22, 2022   GIBSON ROBB & LINDH LLP

/s/ Jennifer Tomlin Sanchez
Jennifer Tomlin Sanchez
Attorneys for Plaintiff
REGENTS OF THE UNIVERSITY OF CALIFORNIA and THE TRAVELERS INDEMNITY COMPANY