JENNIFER T. SANCHEZ (191548)
MURPHY SANCHEZ PLLC
4040 Civic Center Drive, Suite 200
San Rafael, California 94903
Telephone: (415) 348-6000
Facsimile: (415) 349-6001
jsanchez@murphysanchez.com

Attorneys for Plaintiffs
REGENTS OF THE UNIVERSITY OF CALIFORNIA
and THE TRAVELERS INDEMITY COMPANY

JONATHAN W. THAMES (SBN 242148)
jonathan.thames@kennedyslaw.com
GORDON SMITH (SBN 325451)
gordon.smith@kennedyslaw.com
KENNEDYS CMK LLP
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone: 415-323-4460
Facsimile: 415-323-4445

Attorneys for Defendant
TUTTNAER USA CO. LTD.

JASON RICHARDSON (Bar No.250916)
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
jmrichardson@shb.com
Telephone:    415.544.1900
Facsimile:    415.391.0281

MADISON M. HATTEN (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
mhatten@shb.com
Telephone:    816.559.6550
Facsimile:    816.421.5547

Attorneys for Defendant
GETINGE USA SALES, LLC.

- 4 -

ORDER OF DISMISSAL WITH PREJUDICE   Case No. 4:22-cv-02945-HSG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and THE TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>GETINGE USA SALES, LLC, TUTTNAUER USA CO. LTD., and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 4:22-CV-02945-HSG<br><br>Removal from San Francisco County Superior Court, Case No. CGC-22-599204<br><br>**ORDER**<br><br>Complaint Filed: April 14, 2022<br>Notice of Removal: May 18, 2022 |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the Parties under Federal Rules of Civil Procedure 41(a) and 41(c), IT IS ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE as to all claims, cross-claims, counter-claims, and all causes of action, with each party bearing that party's own costs and attorneys' fees.

Dated: 1/30/2024

By: *Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE